# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Rafaela Ortiz-Figueroa,
    Plaintiff,
       **V.**

**CASE NUMBER:** 97-2851 (HL)

Muncipality of Bayamon,
    Defendant.

| **MOTION** |
|---|

**Date Filed: 11/18/99**    **Docket # 33, 36, 37, 38**    [x] **Plffs**  [] **Defts**
**Title: Motion Requesting Reinstatement**
**Opp'n Filed:**    **Docket #**

| **ORDER** |
|---|
| Denied. |

Date 7/31/0

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**



