UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Rafaela Ortiz-Figueroa, et al.,
    Plaintiffs,
    V.
Ramon Luis Rivera, et al.,
    Defendants.

CASE NUMBER: 97-2851 (HL)

| MOTION |
|---|
| Date Filed: 8/11/00   Docket # 40   [x] Plffs  [] Defts<br>Title: Request for Reconsideration<br>Opp'n Filed:   Docket # |

| ORDER |
|---|
|     Plaintiffs' request for reconsideration is the sixth document of its kind that Plaintiffs have filed with the Court since the Court entered judgment in this case. These documents have all demonstrated that Plaintiffs either have not read the Court's orders setting forth its rationale for entering judgment in this case or have not understood those orders. In either case, the Court can not continue to be burdened with motions for reconsideration and the like. Thus, the Court once again denies the motion and informs Plaintiffs that any further filings on this matter will result in the imposition of monetary sanctions on Plaintiffs' attorney. |

Date 8/15/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

