# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Rafaela Ortiz-Figueroa, et al
v.
Ramon Luis Rivera

**CASE NUMBER:** 97-2851 (HL)

RECEIVED & FILED
01 AUG 27 AM 11:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 8.7.01  **Docket # 42**<br>[X] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Relief from judgment under rule 60 | Denied. Plaintiff shall make no further filings in this case without first seeking this Court's consent. Any filings made without this Court's consent shall be expunged from the record. |

Date 8/24/01

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**

