# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Rafaela Ortiz Figueroa, et al
**v.**
Municipality of Bayamon, et al

**CASE NUMBER:** 97-2851(HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:**          **Docket** #46<br>[ ] **Plffs**   [ ] **Defts**   [ ] **Other**<br>**Title:** Motion Under Rule 60(b) | Upon plaintiff's counsel's numerous requests, the Court has reviewed the documents submitted and hereby takes notice that plaintiff's ADEA claims were timely filed with the EEOC and this Court.  Accordingly, the Court hereby reopens this case.<br><br>Since this case was on the eve of trial when initially dismissed, it should be ready to proceed without further delay.  As such, the trial date in this case is set for **October 2, 2002**, at 9:00 a.m., and the pretrial and settlement conference is hereby set for **August 27, 2002**, at 2:00 p.m.  These dates are firm.<br><br>Plaintiff is hereby ordered to notify defendants with a copy of this order and certify to the Court that it has done so by **June 21, 2002**, or risk dismissal. |

| MOTION | ORDER |
|---|---|
| **Date Filed:**          **Docket** #44, 45<br>[ ] **Plffs**   [ ] **Defts**   [ ] **Other**<br>**Title:** | Moot. |

Date 6/7/02

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**

(2)   s/c: M. Figueroa, Courtroom Deputy
6/10/02 pi

(47)