UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Rafaela Ortiz Figueroa,
    v.
Municipality of Bayamon,

CASE NUMBER: 97-2851(HL)

*RECEIVED & FILED 02 AUG 13 AM 8:4_ CLERK'S... U.S. DISTRICT COURT SAN JUAN, P.R.*

| MOTION | ORDER |
|---|---|
| **Date Filed:**    Docket #51<br>[ ] Plffs  [ ] Defts  [ ] Other<br>**Title:** Motion to withdraw | Attorney Jose Gatztambide is hereby granted leave to withdraw as defendant's counsel. The firm of Bras and Aldorando will assume defendant's defense. |

Date 8/10/02

HECTOR M. LAFFITTE
Chief U.S. District Judge

(2) s/c: Atty. Aldarondo
8/13/02

(52)