UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Rafaela Ortiz-Figueroa, et al
       v.
Municipality of Bayamon, et al

CASE NUMBER: 97-2851(HL)

## MINUTES

On this date, the parties met in the chambers of the undersigned to discuss the possibility of settlement. After some negotiation, the parties have agreed to recommend a settlement in the amount of $9,000.00 to their respective clients. The Court finds this to be a fair and equitable offer to resolve this case.

Date 8-27-02

HECTOR M. LAFFITTE
Chief U.S. District Judge