UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Rafaela Ortiz-Figueroa,
v.
Municipality of Bayamon, et al

CASE NUMBER: 97-2851(HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:**  Docket #<br>[ ] Plffs  [ ] Defts  [ ] Other<br>Title: | Due to some scheduling conflicts, the trial in this case is hereby rescheduled for **October 9, 2002, at 9:00 a.m.** |

Date 9/20/02

HECTOR M. LAFFITTE
Chief U.S. District Judge