**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

Rafaela Figueroa,
**v.**
Municipality of Bayamon

**CASE NUMBER:** 97-2851 (HL)

RECEIVED & FILED
02 SEP 30 AM 8:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| MOTION | | ORDER |
|---|---|---|
| **Date Filed:**<br>[ ] **Plffs** [ ] **Defts** [ ] **Other**<br>**Title:** | **Docket #** | The Court hereby orders the parties to notify the Court the status of settlement discussions by **October 4, 2002.** If no settlement is reached, the Court will proceed to resolve the pending motion to dismiss. |

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**

**Date** 9-26-02



