UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Rafaela Ortiz-Figueroa, et al.
v.
Ramon Luis Rivera, et al.

CASE NUMBER: 97-2851 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/02   **Docket #** 59 & 60<br>[x] **Plffs** [x] **Defts** [ ] **Other**<br>**Title:** Motions requesting judicial approval of settlement and entry of judgement in favor of plaintiff in the amount of $9,000.00 | Granted. |

Date 10/8/02

HECTOR M. LAFFITTE
Chief U.S. District Judge



