UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| RAFAELA ORTIZ-FIGUEROA, et al.<br>　Plaintiffs,<br>v.<br><br>RAMON LUIS RIVERA, et al.<br>　Defendants. | Civ. No. 97-2851(HL) |

### JUDGEMENT

Before the Court are plaintiff's and defendants' request for judicial approval of a settlement in the sum of $9,000.00.

Judgement is hereby ordered in favor of the plaintiff in the amount of $9,000.00. The Municipality of Bayamon's Municipal Assembly shall approve this award by December 9, 2002.

**IT IS SO ORDERED.**
San Juan, Puerto Rico, October 8, 2002.

HECTOR M. LAFFITTE
Chief US District Judge

