# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Rafaela Ortiz Figueroa, et al.
         v.
Municipality of Bayamon

CASE NUMBER: 97-2851 (HL)

## ORDER TO SHOW CAUSE

The Court **orders** counsel for the Plaintiff to respond to the Plaintiff's pro se letter to the Court dated September 19, 2002 (Dkt. 65). In particular, counsel is **ordered** to explain to the Court:
1) why days after accepting the settlement agreement his client sought revocation of the agreement; 2) whether or not counsel had obtained permission from his client to accept the terms of the settlement; and 3) whether counsel encouraged Plaintiff to request the Court to nullify the settlement agreement after the terms and conditions had been agreed to by the parties. Counsel's response is due by **January 28, 2003.** Failure to comply with this order will result in severe sanctions.

Date 1-9-03

HECTOR M. LAFFITTE
Chief U.S. District Judge

