UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Rafaela Ortiz Figueroa, et al.
            v.
Municipality of Bayamon

CASE NUMBER: 97-2851 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/26/02    **Docket 65** <br> [X] **Plffs**  [] **Defts**  [ ] **Other** <br> **Title:** Pro se motion for reconsideration | The Court is satisfied with the response of Plaintiffs' attorney. Accordingly, Plaintiffs' motion for reconsideration is **denied**. The Court has already approved the settlement agreement and dismissed all claims against the Defendant. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/08/02    **Docket:** 63 <br> [ ] **Plffs**  [X] **Defts**  [ ] **Other** <br> **Title:** Motion informing deposit of judgment amount | Noted. |

Date  1 28 03

HECTOR M. LAFFITTE
Chief U.S. District Judge

(3)  s/c : Rafaela Ortiz-Figueroa
                    1/29/03 h.

69