UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Rafaela Ortiz Figuerora, et al.
v.
Municipality of Bayamon

CASE NUMBER: 97-2851 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/12/02   **Docket # 70**<br>[x] **Plffs** [ ] **Defts** [ ] **Other**<br>**Title:** Motion requesting disbursement of funds | **Granted.** The Clerk of the Court is hereby **ordered** to draw a check in the principal amount designated below, plus all accrued interest less administrative fees to be deducted pursuant to Local Rules 115.2(a) and 116 on the registry funds on deposit in the Court's designated financial institution, as follows:<br><br>NAME OF PAYEE                          AMOUNT<br><br>Rafaela Ortiz Figueroa                    $9,000.00<br><br>Mail check to:<br><br>Pedro V. Aguirre de Jesus<br>P.O. Box 11039<br>Santurce, P.R.<br>00910-2139 |

Date 2/19/03

HECTOR M. LAFFITTE
Chief U.S. District Judge

att copy Finance 2/21/03